**No. 59774.**—Abercrombie & Fitch Company *v.* United States, protest 252249–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of men's knitted half-hose in chief value of wool, valued at over $1.75 per dozen pairs, the claim of the plaintiff was sustained.

**No. 59775.**—E. Leitz, Inc. *v.* United States, protest 251710–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of printing boards the same in all material respects as those the subject of Abstract 59555, the claim of the plaintiff was sustained.

**No. 59776.**—Gelatin Products Company *v.* United States, protest 114197–K (Detroit).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of halibut-liver oil the same in all material respects as that the subject of *D. C. Andrews & Co., Inc.* v. *United States* (72 Treas. Dec. 383, T. D. 49190), the claim of the plaintiff was sustained.

**No. 59777.**—S. E. Laszlo *v.* United States, protest 257234–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).